IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:25-1337 |
| v. | 18 U.S.C. § 111(a)(1) |
| ALEXANDER GARCIA VARGAS | 18 U.S.C. § 111(b) |
| | INDICTMENT |

### COUNT ONE
(*Assault on a Federal Officer*)

THE GRAND JURY CHARGES:

On or about December 6, 2025, in the District of South Carolina, the Defendant, **ALEXANDER GARCIA VARGAS**, using a dangerous weapon, that is, a vehicle, did intentionally and forcibly assault, resist, oppose, impede, interfere with, and inflict bodily injury upon Victim 1, a Supervisory Detention and Deportation Officer with Immigration and Custom Enforcement – Enforcement and Removal Operations, who was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A **true** BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

BY: *(signature)*
W. Cole Shannon, (#13240)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Telephone: (843) 727-4381